17577, 17578. 'PEKOR *v.* LONDON & PROVINCIAL MARINE & GENERAL INSURANCE COMPANY LIMITED; and *vice versa.*

BROYLES, C. J.  The court committed no error in its rulings upon the admissibility of evidence.  The plaintiff failed to prove his case as laid, and a nonsuit was properly awarded.

*Judgment on main bill of exceptions affirmed; cross-bill dismissed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Complaint on fire policy; from Muscogee superior court—Judge McLaughlin.  May 11, 1926.

*McCutchen, Bowden & Gaggstatter*, for plaintiff.

*Slade & Swift, Spalding, MacDougald & Sibley*, for defendant.